BOBBIE R. BAILEY, SBN: 159663
bbailey@leaderberkon.com
EDWARD MARTINOVICH, SBN: 237844
emartinovich@leaderberkon.com
LEADER BERKON COLAO &
SILVERSTEIN LLP
550 South Hope Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 234-1750 Facsimile: (213) 234-1747

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION, | Case No. 2:21-cv-05869-JFW-SKx |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| ASHRAF M. JAKVANI a/k/a and/or f/k/a AJ JAKVANI, d/b/a FIX AUTO CHINO, d/b/a FIX AUTO POMONA, d/b/a FIX AUTO BALDWIN PARK, and in his individual capacity, | |
| Defendant. | |

On July 20, 2021, Plaintiff BASF Corporation, Inc. ("BASF") filed this action against Defendant Ashraf M. Jakvani a/k/a and/or f/k/a AJ Jakvani d/b/a Fix Auto Chino, d/b/a Fix Auto Pomona, d/b/a Fix Auto Baldwin Park (collectively, "Defendant") for breach of contract, unjust enrichment, and declaratory judgment. (Compl., ECF No. 1.) On July 29, 2021, BASF served the Summons and Complaint on Defendant. (Proof of Service, ECF No. 11.) Defendant never answered nor otherwise appeared. On September 20, 2021, the Clerk entered default against Defendant. (ECF No. 14.) On October 27, 2021, BASF moved for entry of default judgment against Defendant. (ECF No. 17.) The Court granted BASF's Motion on November 16, 2021. (Order, ECF No. 18.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that BASF shall recover from Defendant the following: $1,651,092.99 ($1,650,589.62 in damages and $503.37 in costs)

Dated: November 22, 2021

_____
HONORABLE JOHN F. WALTER

Leader Berkon Colao & Silverstein LLP
Attorneys at Law